UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>Iris Yolanda Bustillo Cubas,<br><br>Defendant. | Case No. |

**COMPLAINT FOR CIVIL PENALTIES FOR FAILURE TO DEPART
PURSUANT TO 8 U.S.C. § 1324d(a)**

Plaintiff, United States of America, hereby alleges as follows:

**PARTIES**

1.      Plaintiff United States of America brings this action on behalf of its Department of Homeland Security, an agency and instrumentality of the United States.

2.      Defendant Iris Yolanda Bustillo Cubas ("Defendant") during all relevant times is an individual and noncitizen residing in Collier County, Florida.

**JURISDICTION AND VENUE**

3.      The jurisdiction of this Court is invoked under 28 U.S.C. § 1345 in that the Plaintiff is the United States of America.

4.       Venue lies in this district pursuant to 28 U.S.C. § 1391(b) and 28 U.S.C. § 1395(a) in that the events giving rise to Plaintiff's claims occurred in the Middle District of Florida and because Defendant resides within the Middle District of Florida.

## GENERAL ALLEGATIONS

5.    Defendant is indebted to the United States for a civil penalty assessed for her willful failure or refusal to depart from the United States pursuant to a final order of removal.

6.    The civil monetary penalty is owed pursuant to 8 U.S.C. § 1324d(a).

7.    On October 19, 2020, an Immigration Judge entered a final order of removal against Defendant.  Pursuant to 8 U.S.C. § 1229a(c)(5), the final removal order was served on Defendant via mail and included notice that a willful failure or refusal to depart from the United States pursuant to the order would subject Defendant to a civil monetary penalty for each day Defendant is in violation of the order.  Defendant thereafter has willfully failed or refused to depart from the United States, in defiance of that order.

8.    Pursuant to 8 C.F.R. § 280.53(b)(14), the penalty for Defendant's willful failure or refusal to depart is set at $998 per day for each day of violation.

## PRAYER FOR RELIEF

**(Civil Penalties for Failure to Depart - 8 U.S.C. § 1324d(a))**

WHEREFORE, Plaintiff United States of America prays:

9.    For judgment against Defendant in the amount of $998 per day since October 19, 2020, plus interest, penalties, costs and fees that have accrued to the date of judgment; and thereafter, interest accruing at the applicable legal rate; and

10.    For such other and further relief as the Court deems just and proper.

Dated: April 5, 2026.

Respectfully Submitted,

GREGORY W. KEHOE
United States Attorney

/s/ Lacy R. Harwell, Jr.
Lacy R. Harwell, Jr.
Assistant United States Attorney
Lead Counsel
Florida Bar No. 714623
400 N. Tampa Street, Suite 3200
Tampa, Florida 33602-4798
Telephone:   (813) 274-6000
Facsimile:    (813) 274-6200
E-mail:        randy.harwell@usdoj.gov

*Attorneys for the United States of America*